IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AETNA LIFE INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| NEAL L. FISHER, PARAGON ANESTHESIA ASSOCIATES, P.A., PARAGON OFFICE SERVICES, LLC, AMBULATORY HEALTH SYSTEMS, LLC, OFFICE SURGERY SUPPORT SERVICES, LLC, AND PARAGON AMBULATORY PHYSICIAN SERVICES, P.A., | § § § § § § § § § § § | Civil Action No. 3:12-cv-403-O |
| Defendants. | § § | |

## ORDER

Having considered Plaintiff's Response to Order to Show Cause, filed June 2, 2014 (ECF No. 101), the arguments and evidence presented therein, and the procedural history of the instant case and the related case of *Paragon Office Services, LLC, et al. v. Aetna, Inc., et al.*, Civil Action No. 3:11-cv-1898-L (the "Original Lawsuit"), the Court finds that sanctions are not warranted for Plaintiff's omission to file a notice of related suit pursuant to Local Rule 3.3.  Given Plaintiff's strategic decision to continue litigation in two courts in the same division, rather than file its motion consolidate (*see* Pl. Resp. at 7), and given that all claims are able to be presented in the Original Lawsuit which has identical parties, the Court concludes that the current stay of the instant lawsuit

1

is appropriate, and declines Plaintiff's request that the Court consider transferring this action to the Hon. Sam A. Lindsay.

**SO ORDERED** this **3rd day** of **June, 2014.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**