## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **AETNA LIFE INSURANCE COMPANY** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **NEAL L. FISHER, PARAGON** | § | |
| **ANESTHESIA ASSOCIATES, P.A.,** | § | |
| **PARAGON OFFICE SERVICES, LLC,** | § | **CIVIL ACTION NO. 3:12-cv-00403-O** |
| **AMBULATORY HEALTH SYSTEMS,** | § | |
| **LLC, OFFICE SURGERY SUPPORT** | § | |
| **SERVICES, LLC, AND PARAGON** | § | |
| **AMBULATORY PHYSICIAN** | § | |
| **SERVICES, P.A.** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS
## WITH PREJUDICE UNDER RULE 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties—Plaintiff Aetna

Life Insurance Company and Defendants Neal L. Fisher, Paragon Anesthesia Associates, P.A.,

Paragon Office Services, LLC, Ambulatory Health Systems, LLC, Office Surgery Support

Services, LLC, and Paragon Ambulatory Physician Services, P.A.—hereby stipulate to the

dismissal ***with prejudice*** of all their respective claims and causes of action asserted in this

action. In support, the Parties would show that they no longer wish to pursue their respective

claims and causes of action, and that all Parties have signed this Stipulation, thereby dismissing

this action under Rule 41(a)(1)(A).

Respectfully submitted,


By:   *s/Martin E. Rose\**_____
     MARTIN E. ROSE
     Texas State Bar No. 17253100
     BRYAN P. ROSE
     Texas State Bar No. 24044704
     Christopher M. McDowell
     Texas Bar No. 24002571
     ROSE WALKER, L.L.P.
     3500 Maple Avenue, Suite 1200
     Dallas, Texas 75219
     Telephone: (214) 752-8600
     Facsimile: (214) 752-8700
     mrose@rosewalker.com
     brose@rosewalker.com

     ATTORNEY-IN-CHARGE FOR DEFENDANTS
     NEAL L. FISHER, PARAGON ANESTHESIA
     ASSOCIATES, P.A., PARAGON OFFICE
     SERVICES, LLC, AMBULATORY HEALTH
     SYSTEMS, LLC, OFFICE SURGERY SUPPORT
     SERVICES, LLC, AND PARAGON
     AMBULATORY PHYSICIAN SERVICES, P.A.

     *signed by permission by Laura Trenaman*

HOU:3730765.1

OF COUNSEL:
ANDREWS KURTH KENYON LLP
    and
M. KATHERINE STRAHAN
State Bar No. 24013584
*kstrahan@andrewskurth.com*
LAURA TRENAMAN
State Bar No. 00798553
*ltrenaman@andrewskurth.com*
COURTNEY B. GLASER
State Bar No. 24059824
*cglaser@andrewskurth.com*
    and
MARK A. SHOFFNER
State Bar No. 24037490
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Telecopier: (214) 659-4401
*markshoffner@andrewskurth.com*

By:   *s/M. Katherine Strahan*
      JOHN B. SHELY
      State Bar No. 18215300
      600 Travis, Suite 4200
      Houston, Texas 77002
      Telephone: (713) 220-4200
      Telecopier: (713) 220-4285
      *jshely@andrewskurth.com*

ATTORNEY-IN-CHARGE FOR PLAINTIFF
AETNA LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

On October 24, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who are known "Filing Users:"

    Martin E. Rose
    Bryan P. Rose
    Christopher M. McDowell

        *s/M. Katherine Strahan*
        M. Katherine Strahan

- 3 -